FILED

04/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0132

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0132

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DUSTIN JAMES ROUNSVILLE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 26, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 26 2021